UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

SERGIO PESSOA,                                        :        26-cv-1326 (SHS)

                                Plaintiff,            :        ORDER

                                                     :

MICHAEL PINE,

                                                     :

                                Defendant.
----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

In light of the fact that defendant Pine has filed a motion to dismiss the complaint [ECF Doc. No. 18],

IT IS HEREBY ORDERED that: the initial pretrial conference previously set for March 24, 2026, at 3:00 p.m. [ECF Doc. No. 7] is adjourned *sine die*.

Dated:  New York, New York
        March 20 2026

                                SO ORDERED:

                                _____
                                Sidney H. Stein, U.S.D.J.