UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------

SERGIO PESSOA,

                    Plaintiff,

       v.

MICHAEL PINE,

                    Defendant.

-------------------------------------------------------------

26-cv-1326 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    Defendant's motion to dismiss the complaint (Dkt. No. 18) is dismissed as moot in light of plaintiff's filing of the First Amended Complaint (Dkt. No. 21) on April 10, 2026. Defendant's last day to respond to the First Amended Complaint by answer or motion is April 28, 2026.

Dated:  New York, New York
         April 17, 2026

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.