UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGIO PESSOA,

                Plaintiff,

      v.

MICHAEL PINE,

                Defendant.

---

26-cv-1326 (SHS)

ORDER

SIDNEY H. STEIN, U.S. District Judge.

    The Court is in receipt of plaintiff's letter dated June 30, 2026 (Dkt. No. 35), and defendant's response dated July 1, 2026 (Dkt. No. 36), regarding a discovery dispute in this action. The parties are directed to meet and confer regarding all outstanding issues on July 6, 2026. The parties are to file a joint letter by the close of business on July 8 in regard to any unresolved discovery issues. The Court will see the parties on July 10, 2026, at 2:30 p.m. in Courtroom 23A.

Dated:  New York, New York
       July 1, 2026

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.