UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

| | | |
|---|---|---|
| SERGIO PESSOA, | : | 26-cv-1326 (SHS) |
| Plaintiff, | : | ORDER OF DISMISSAL |
| MICHAEL PINE, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that that this action is dismissed with prejudice and without costs; provided, however, that within 60 days of the date of this Order any party may reinstate this action in writing.

Dated: New York, New York
August 6, 2026

SO ORDERED:

Sidney H. Stein, U.S.D.J.